COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Thomas Wayne Florence v. The State of Texas

Appellate case numbers:   01-20-00556-CR

Trial court case number:   10-CR-1217

Trial court:                        56th District Court of Galveston County

Appellant, Thomas Wayne Florence, proceeding pro se, has filed a "Request to Clerk and Court to Know the Names of the Justices Hearing Said Cause on Appeal if En Banc Request Review not Granted." Appellant's motion states that he intends to file a motion to recuse Justice Kelly and Justice Hightower if they are members of the panel deciding this appeal. The Clerk of this Court has sent the notice of submission for this cause identifying the panel members as Justices Goodman, Rivas-Molloy, and Farris. Neither Justice Kelly nor Justice Hightower is a member of the panel.

Accordingly, the Court **dismisses as moot** appellant's motion.

It is so ORDERED.


Judge's signature:   _/s/ April L. Farris_____
                              ☑ Acting individually    ☐ Acting for the Court


Date: _December 30, 2021___